HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare St, Ste. 330
Fresno, CA  93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANGELO FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00142-DAD-BAM |
| *Plaintiff,* | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; AND ORDER |
| ANGELO FERNANDEZ, | |
| *Defendant.* | |

Matthew Lemke, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant Angelo Fernandez.  As grounds, he states:

1. The Office of the Federal Defender was appointed to represent Mr. Fernandez on May 17, 2021, at his initial appearance.  ECF No. 4.

2. Undersigned counsel formally entered a Notice of Appearance in the case on May 20, 2021.  ECF No.10.  At the time of appointment, the undersigned was an Assistant Federal Defender with the Office of the Federal Defender in Fresno.

3. Undersigned counsel has submitted notice of his resignation to the Office of the Federal Defender and anticipates transitioning away from active case work on or about Friday, January 28, 2022.

4. Mr. Fernandez's matter will not resolve prior to counsel's departure from the Office of the Federal Defender. As such, Mr. Fernandez needs new appointed counsel to represent him.

5. The Office of the Federal Defender has contacted CJA panel attorney Richard Oberto, who is available and willing to accept the appointment.

6. Accordingly, the undersigned requests that he be permitted to withdraw from the case, and that new counsel, Richard Oberto be appointed to represent Mr. Fernandez.

Respectfully submitted,

DATED: January 26, 2022

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Angelo Fernandez

## **ORDER**

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of ANGELO FERNANDEZ, and that CJA panel counsel Richard Oberto shall be appointed.

IT IS SO ORDERED.

Dated: **January 27, 2022**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE