1  RICHARD M. OBERTO
   ATTORNEY AT LAW
2  CA State Bar no. 247285
   516 W. Shaw Ave. Ste 200
3  Fresno, California 93704
   Telephone: (559) 221-2557
4
   Attorney for Defendant,
5  Angelo Joseph Fernandez

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      ) No. 1:21-cr-00142-DAD-BAM
                                    )
11 |       *Plaintiff*,             ) STIPULATION TO CONTINUE
                                    ) SENTENCING HEARING;
12 |                                ) ORDER
                                    )
13 | ANGELO JOSEPH FERNANDEZ,       )
                                    )
14 |       *Defendant*.             )
   |_____)

15         On January 10, 2022, the defendant ANGELO JOSEPH FERNANDEZ ("Mr.

16 Fernandez") entered a plea of guilty to the sole count in the indictment alleging that he was

17 a felon in possession of ammunition [18 U.S.C. § 922(g)(l)]. On January 26 2022, Mr.

18 Fernandez's court-appointed counsel filed a motion to withdraw as attorney of record and

19 for the court to appoint new counsel. On January 27, 2022, the court appointed the present

20 counsel for Mr. Fernandez. Shortly thereafter, the probation officer contacted the present

21 counsel about scheduling an interview for the Presentence Report. Present counsel advised

22 that before going forward with the interview, he needed to familiarize himself with the case

23 and talk to Mr. Fernandez. To allow time for those tasks, present counsel contacted the

24 prosecutor about agreeing to a continuance of the sentencing hearing. The prosecutor said

25 she was agreeable.

26         Present counsel was recently able to schedule Mr. Fernandez's Presentence Report

27 interview, which went forward as planned on March 3, 2022. Following the interview,

28 present counsel provided the probation officer with a character letter and with releases of

information for the necessary background investigation of Mr. Fernandez. At this point, the probation officer needs time to prepare the Presentence Report and the parties need time for the procedures that follow release of a draft Presentence Report. The currently scheduled sentencing hearing date of April 4, 2022, would not allow time for preparation of the Presentence Report and for the related procedures. The stipulation below follows.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate that Mr. Fernandez's sentencing hearing be continued from the currently scheduled date of April 4, 2022, to the new date of May 9, 2022. The currently scheduled April 4th date should be vacated.

IT IS SO STIPULATED.

DATED: 3/12/2022          /s/Laura Jean Berger
                          LAURA JEAN BERGER
                          Assistant United States Attorney


DATED: 3/12/2022          /s/Richard M. Oberto
                          RICHARD M. OBERTO
                          Attorney for the defendant,
                          Angelo Joseph Fernandez

**ORDER**

**IT IS HEREBY ORDERED** for good cause showing that the sentencing hearing of the defendant ANGELO JOSEPH FERNANDEZ be continued from the currently scheduled date of April 4, 2022, to the new date of May 9, 2022, before the Honorable United States District Court Judge Dale A. Drozd. The currently scheduled April 4th date shall be vacated.

IT IS SO ORDERED.

Dated: **March 14, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

25
26
27
28