RICHARD OBERTO
ATTORNEY AT LAW
CA State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, CA 93704
(559) 221-2557

Attorney for the defendant,
Angelo Joseph Fernandez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO JOSEPH FERNANDEZ,<br><br>Defendant. | No. 1:21-cr-00142-DAD-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF RICHARD OBERTO AS ATTORNEY OF RECORD** |

On May 27, 2021, the defendant ANGELO JOSEPH FERNANDEZ ("Mr. Fernandez") was indicted on federal charges. CJA Panel Attorney Richard Oberto was appointed as trial counsel to represent Mr. Fernandez on January 27, 2022, in his criminal case. Mr. Fernandez entered a plea and was sentenced on May 31, 2022. Mr. Fernandez appealed the judgment, but that process concluded when the Ninth Circuit Court of Appeal affirmed the judgment in a memorandum opinion filed on May 16, 2023, and the Supreme Court denied a petition for writ of certiorari on October 10, 2023. Throughout the process of sentencing and appeal, Mr. Fernandez was in the custody of the Bureau of Prisons and remains in such custody. Having completed his representation of Mr. Fernandez, CJA

1  attorney Richard Oberto now moves to terminate his appointment under the Criminal
2  Justice Act.
3       If Mr. Fernandez requires some other criminal legal assistance, he should be
4  advised to contact the Office of the Federal Defender for the Eastern District of California
5  by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-
6  5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-
7  appointment of counsel to assist him.
8  Dated: 3/23/2024                              Respectfully submitted,

                                                 */s/Richard Oberto*
                                                 RICHARD OBERTO
                                                 Attorney for the defendant
                                                 Angelo Joseph Fernandez

## ORDER

Having reviewed the notice and found that attorney Richard Oberto has completed the services for which he was appointed, the Court hereby grants attorney Richard Oberto's request for leave to withdraw as defense counsel in this matter. Should the defendant ANGELO JOSEPH FERNANDEZ ("Mr. Fernandez") seek some other criminal legal assistance, Mr. Fernandez is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Mr. Fernandez.

The Clerk of Court is directed to serve a copy of this order on Mr. Fernandez as provided at the address below and to update the docket to reflect Mr. Fernandez's pro se status and contact information.

Angelo Joseph Fernandez
Register No. 45307-509
Federal Correctional Institution at Sheridan
P.O. BOX 5000
Sheridan, OR  97378

**IT IS SO ORDERED.**

DATED:  March 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE